No. 664. SCHMELING *v.* F. W. WOOLWORTH Co. Jurisdictional statement submitted December 30, 1933. Decided January 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *New York Central R. Co.* v. *White,* 243 U.S. 188; *Mountain Timber Co.* v. *Washington,* 243 U.S. 219; *Lower Vein Co.* v. *Industrial Board,* 255 U.S. 144; *Madera Sugar Pine Co.* v. *Industrial Commission,* 262 U.S. 499; *Castillo* v. *McConnico,* 168 U.S. 674; 683; *McDonald* v. *Oregon Navigation Co.,* 233 U.S. 665, 669, 670; *Hebert* v. *Louisiana,* 272 U.S. 312, 316, 317; *Glenn* v. *Doyal,* 285 U.S. 526. *Mr. Joseph H. Brady* for appellant. *Mr. Clay C. Rogers* for appellee.

No. 2, original. VERMONT *v.* NEW HAMPSHIRE. January 8, 1934. Decree entered. See *ante,* p. 579.